This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39062

**HECTOR N. VALDEZ and CELIA C. VALDEZ, his wife,**

Plaintiffs-Appellants,

v.

**VILLAGE OF LOVING, a New Mexico municipal corporation; ALLSUP'S CONVENIENCE STORES, INC., a New Mexico corporation; LONNIE D. ALLSUP; and BARBARA J. ALLSUP, his wife,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
Raymond L. Romero, District Judge

W.T. Martin, Jr.
Carlsbad, NM

for Appellants

Tabor & Beyers
Matthew T. Beyers
Carlsbad, NM

for Appellee Village of Loving

Rodey, Dickason, Sloan, Akin & Robb, P.C.
Jocelyn C. Drennen
Jenica L. Jacobi
Albuquerque, NM

for Appellees Allsup's Convenience Stores and Lonnie and Barbara Allsup

**MEMORANDUM OPINION**

**MEDINA, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**SHAMMARA H. HENDERSON, Judge**